On petition for review filed December 16, 1988, petition for review dismissed and motion for consideration of issue on review denied March 14, 1989

**STATE OF OREGON,**
*Respondent on Review,*

*v.*

**KERRY ANTHONY NOBLE,**
*Petitioner on Review.*

(TC 86C-22355; CA A47047; SC S35807)

770 P2d 57

Ingrid A. MacFarlane, Salem, and Gary D. Babcock, Public Defender, Salem, for petitioner on review.

No appearance *contra.*

PER CURIAM

## PER CURIAM

The issue in this case is whether the trial court erred in imposing an ORS 144.110 minimum sentence on a remanded juvenile.

Because the Board of Parole overrode the minimum sentence, this case now is moot.[1] We therefore dismiss the petition for review.

Petition for review dismissed.

---

[1] Defendant has moved for consideration of the issue posed by the petition for review even though the issue may be moot. The motion is denied.